UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JANE ROE, ET AL**                                                                      **CIVIL ACTION**

**VERSUS**

**NO. 23-1324-SDD-SDJ**

**EAST BATON ROUGE PARISH**
**SCHOOL BOARD, ET AL**

### ORDER

The scheduling conference presently set for **February 13, 2025,** is **CANCELED.**

**The deadlines established below are based on the parties' submissions as modified by the Court and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **February 24, 2025.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **February 13, 2025.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **November 21, 2025.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

        **Plaintiff(s):**     December 22, 2025.

        **Defendant(s):**    January 21, 2026.

   d. Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):**  **February 23, 2026.**

    **Defendant(s):**  **March 23, 2026.**

   e. Discovery from experts must be completed by **May 22, 2026.**

3. Deadline to file dispositive motions and Daubert motions: **July 22, 2026.**

4. Deadline to file pre-trial order: **January 5, 2027.**[1]

  **Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5. Deadline to file motions in limine: **January 11, 2027.**

  **Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6. Deadline to file an affidavit of settlement efforts: **December 21, 2026.**

7. Pre-trial conference date: **January 19, 2027, at 2:30 p.m.** in the chambers of the Honorable Shelly D. Dick.

8. Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **January 25, 2027.**

  **The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (**https://www.lamd.uscourts.gov**) under "Judges' Info."**

9. **A 5-day jury trial is scheduled for 9:00 a.m. beginning on February 1, 2027, in Courtroom 3.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed, or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.

---

[1] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (https://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3592 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on February 7, 2025.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**