# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JANE ROE, ET AL                                    CIVIL ACTION

VERSUS

                                                      NO. 23-1324-SDD-SDJ

EAST BATON ROUGE PARISH
SCHOOL BOARD, ET AL

## ORDER

A settlement conference was held on November 10, 2025.

After a period of negotiations, the parties were unable to reach a resolution at this time; however, the parties will continue negotiations themselves.

Signed in Baton Rouge, Louisiana, on November 10, 2025.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv33a; T: 01:30