**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JANE ROE, ET AL**                                          **CIVIL ACTION**

**VERSUS**

                                                             **NO. 23-1324-SDD-SDJ**

**EAST BATON ROUGE SCHOOL
BOARD, ET AL**

---

**ORDER**

The Court held a video hearing via Zoom videoconference on Plaintiff's Unopposed

Motion to Continue Trial and All Pending Deadlines (R. Doc. 61). United States Magistrate Judge

Scott D. Johnson heard oral argument at 10:00 a.m. on **March 3, 2026**, from the following counsel:

**Evan J Bergeron**                          **John Scott Thomas**
Counsel for Plaintiffs,                       **Marissa Batiste**
Jane Doe, Jesse Doe, and                      Counsel for Defendants,
Jennifer Roe                                  East Baton Rouge Parish
                                              School Board, Mark Bellue,
                                              Dadrius Lanus, Michael Gaudet,
                                              Tramelle Howard, Dawn Collins,
                                              Evelyn Ware-Jackson, Jill Dyason,
                                              Connie Bernard, and David Tatman

**Corey Lamar Pierce**
Counsel for Defendant,
Sito Narcisse

The Court expressed its concern about the length of time this case has been pending.

Plaintiff's counsel provided an update on the status of the case, explaining that the bulk of

discovery, including all depositions, still needs to be completed. Counsel for both sides also

provided information about some personal matters they have been dealing with that have

contributed to the delay. The parties agreed to the bifurcation of discovery into that for liability,

followed by that for damages. To that end, the Court instructed the parties to file joint proposed

deadlines for completing liability discovery and filing dispositive motions related thereto. The

C:cv36a; T: 00:18

parties also were instructed to provide an estimated amount of time they would need to conduct damages discovery.  Once received, the Court will take the suggestions under advisement and issue a revised Scheduling Order.

Accordingly,

**IT IS ORDERED** that Plaintiff's Unopposed Motion to Continue Trial and All Pending Deadlines (R. Doc. 61) is **GRANTED**, and the Scheduling Order (R. Doc. 52) is **VACATED**.

**IT IS FURTHER ORDERED** that, within **10 days** of the date of this Order, the parties will file joint proposed deadlines for completing liability discovery and for filing dispositive motions on liability.  The parties also will provide an estimation of the amount of time the parties will need to complete discovery regarding damages.

Signed in Baton Rouge, Louisiana, on March 3, 2026.

 

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv36a; T: 00:18